■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to reargue denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT MUMMIANI v. HARRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES C. RICHARDSON.— Motion to dismiss appeal granted. Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY JOHNSON.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ HENRY FREUDENBERG et al. v. EMMA DETJEN et al.— Motion to dismiss appeal granted, with $10 costs. The request of the appellants for the appointment of a special guardian is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN PATRICK HUGHES.— Motion for an enlargement of time granted and the time within which the appeal may be perfected is enlarged to the March 1961 Term of this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of BORGIA BUTLER HOUSES. CITY OF NEW YORK, Appellant-Respondent; DAVID KUSHNER et al., Respondents; 1349 BROOK AVE., INC., et al., Respondents-Appellants.— Motion for an enlargement of time granted and the time of all of the parties who have taken appeals from the final decree of the Supreme Court, Bronx County, entered on November 9, 1959, to file the record on appeal and their appellants' points is extended to and including December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of BRUCKNER (BOULEVARD) EXPRESSWAY. CITY OF NEW YORK, Appellant; MICHAEL J. DE GREGORIS et al., Respondents. CITY OF NEW YORK, Appellant-Respondent; A. F. & G. REALTY CORP., Respondents-Appellants.— Motion for an enlargement of time granted and the time of all of the parties who have taken appeals from the final decree of the Supreme Court, Bronx County, entered on October 30, 1959, to file the record on appeal and their appellants' points is extended to and including December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED REGER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.